IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FELICIA DEJA NE BEY,**
*on behalf of* **ANGILA BAXTER,**

   *Petitioner*,

v.                     Case No.: 4:24cv517-MW/ZCB

**STATE OF FLORIDA, et al.,**

   *Respondents*.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED** on January 30, 2025.

                                      s/Mark E. Walker
                                      **Chief United States District Judge**